R. Lind Stapley, OSB No.: 030531
stapley@sohalang.com
Soha & Lang, P.S.
1325 Fourth Ave., Ste 2000
Seattle, WA  98101-2570
(206) 624-1800
(206) 624-3583 (fax)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF OREGON

| | |
|---|---|
| **PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY f/k/a ACE INDEMNITY INSURANCE COMPANY f/k/a CIGNA INDEMNITY INSURANCE COMPANY f/k/a ALASKA PACIFIC ASSURANCE COMPANY**, | 3:20-CV00154-SB  **ORDER GRANTING ORS 465.480(4) GOOD-FAITH SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| **AVISON LUMBER COMPANY, an Oregon corporation,** | |
| Defendant. | |

This matter comes before the Court on a joint Motion to Approve Settlement (#8) under

Oregon Revised Statutes § 465.480(4) presented by Pacific Indemnity Company ("Pacific"),

Westchester Fire Insurance Company f/k/a ACE Indemnity Insurance Company f/k/a Cigna

Insurance Company f/k/a Alaska Pacific Assurance Company ("Westchester") and Avison

Lumber Company ("Avison").

The Court, having reviewed the pleadings and the lack of any objections, hereby

**GRANTS** the Motion (ECF No. 8).  Accordingly, it is so ORDERED:

1.    The settlement entered into by Pacific, Westchester and Avison is a "good faith settlement agreement" under Oregon Revised Statutes § 465.480(4).  Any claims for contribution by any other Avison insurer against Pacific or Westchester for the matters released in the settlement agreement are hereby barred.

2.    The claims presented in the Complaint (ECF No. 1) are hereby dismissed with prejudice and without costs or attorney fees to any party.

3.    This case is now CLOSED.

DATED:    _____ May 5 _____, 2020

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge